IT IS SO ORDERED.

s/ James R. Knepp, II
U.S. Magistrate Judge

# IN THE UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF OHIO WESTERN DIVISION

| | | |
|---|---|---|
| PAUL WAY, | : | |
| | : | CASE NO. 3:14-CV-2504 |
| PLAINTIFF, | : | |
| | : | JUDGE: JAMES G. CARR |
| VS. | : | |
| | : | |
| SHAWNEE TOWNSHIP, *ET AL.*, | : | |
| | : | |
| DEFENDANTS. | : | |

## STIPULATED NOTICE OF DISMISSAL WITH PREJUDICE

Upon stipulation of the Defendants, Mr. Way hereby dismisses this case and all current and former causes of action with prejudice, costs to Plaintiff.

/s/ Fazeel S. Khan
Fazeel S. Khan (0075578)
Blaugrund Kessler Myers & Postalakis, Inc.
300 W. Wilson Bridge Road, Suite 100
Worthington, Ohio 43085
(614) 764-0681 - Telephone
(614) 764-0774 - Facsimile
fsk@bhmlaw.com

/s/ Romin Iqbal
Romin Iqbal (0080146)
Romin Iqbal, LLC
3071 Glenloch Circle
Dublin, Ohio 43017
(614) 783-7953 - Telephone
rominiqbal@yahoo.com
*Attorneys for Plaintiff*

/s/David A. Riepenhoff (by agreement)
David A. Riepenhoff (0075089)
Frank D. Hatfield (0082035)
**FISHEL HASS KIM ALBRECHT LLP**
400 South Fifth Street, Suite 200
Columbus, Ohio 43215
(614) 221-1216 – Telephone
(614) 221-8769 – Facsimile
driepenhoff@fishelhass.com
*Attorney for Defendants Shawnee Township and Chief Todd Truesdale*